# EXHIBIT A



Representing Management Exclusively in Workplace Law and Related Litigation

Jackson Lewis P.C.
10701 Parkridge Boulevard
Suite 300
Reston, VA 20191
Tel 703 483-8300
Fax 703 483-8301
www.jacksonlewis.com

ALBANY, NY
ALBUQUERQUE, NM
ATLANTA, GA
AUSTIN, TX
BALTIMORE, MD
BIRMINGHAM, AL
BOSTON, MA
CHICAGO, IL
CINCINNATI, OH
CLEVELAND, OH
DALLAS, TX
DAYTON, OH
DENVER, CO
DETROIT, MI

GRAND RAPIDS, MI
GREENVILLE, SC
HARTFORD, CT
HOUSTON, TX
INDIANAPOLIS, IN
JACKSONVILLE, FL
LAS VEGAS, NV
LONG ISLAND, NY
LOS ANGELES, CA
MEMPHIS, TN
MIAMI, FL
MILWAUKEE, WI
MINNEAPOLIS, MN
MORRISTOWN, NJ

NAPA, CA
NEW ORLEANS, LA
NEW YORK, NY
NORFOLK, VA
OMAHA, NE
ORANGE COUNTY, CA
ORLANDO, FL
PHILADELPHIA, PA
PHOENIX, AZ
PITTSBURGH, PA
PORTLAND, OR
PORTSMOUTH, NH
PROVIDENCE, RI

RALEIGH-DURHAM, NC
RAPID CITY, SD
RICHMOND, VA
SACRAMENTO, CA
SAINT LOUIS, MO
SAN DIEGO, CA
SAN FRANCISCO, CA
SAN JUAN, PR
SEATTLE, WA
STAMFORD, CT
TAMPA, FL
WASHINGTON, DC REGION
WHITE PLAINS, NY

DIRECT DIAL: (703) 483-8345
EMAIL ADDRESS: LESLIE.STOUT@JACKSONLEWIS.COM
ADMITTED IN: D.C. (ONLY)

October 10, 2014

**BY ELECTRONIC MAIL**
**PERSONAL AND CONFIDENTIAL**

Ms. Karen O'Conner
Intermark Inc.
13350 Holmes Road
Kansas City, MO 64145
koconnor@intermarkmanagedservices.com

Re:   Confirmation of Engagement and Fee Agreement

Dear Ms. O'Connor:

We are delighted that you have decided to retain Jackson Lewis to assist Intermark Inc. ("herein the Company") in connection with a complaint filed by the U. S. Department of Labor claiming Service Contract Act violations and seeking debarment, and related matters. This letter details the scope of our client relationship and outlines the fees for our services.

A.   Scope of Services

As we discussed, Jackson Lewis ("the Firm") will represent the Company regarding matters related the above-noted Complaint and any additional related matters on which you may require our assistance in the future. We will do our best to serve you efficiently with respect to every matter you entrust to our care. While we cannot guarantee the success or outcome of any given matter, we will strive to represent you vigorously and with dedication. I will have primary responsibility for handling these matters and will utilize other attorneys and legal assistants in the firm in the best exercise of my professional judgment. If, at any time, you have any questions, concerns or comments, please contact me.



B.  **Fees**

We charge for our time on an hourly basis, in one-tenth hour increments. We will invoice you at our regular hourly rates for the work performed on your behalf. Our schedule of hourly rates for attorneys and other members of our professional staff is based on years of experience, level of professional attainment and geographic location. Currently, our hourly rates in the D.C. Region office range from $235 - $740 for attorneys. My current hourly rate is $405. These hourly rates may be subject to periodic increases over time. We charge for all services rendered, including but not limited to, telephone calls, conferences, court and agency hearings, Litigation Support and E-Discovery services and other proceedings.

C.  **Client Cooperation**

You understand and agree that, in order for us to represent you effectively, it is necessary for you to assist and cooperate with the Firm. You agree to (1) make yourselves (including your employees if applicable) available to discuss issues as they arise in this matter; (2) attend and participate in meetings, preparation sessions, court proceedings and other activities in connection with the representation; and (3) provide complete and accurate information and documents to us on a timely basis.

D.  **Protection of Client Confidences – High Tech Communication Devices**

We are always mindful of our central obligation to preserve the precious trust which our clients repose in us – their secrets and confidences. To that end, it is important that we agree from the outset what kinds of communications technology we will employ in the course of this Engagement. Unless you specifically direct us to the contrary, for purposes of this Engagement, we agree that it is appropriate for us to use fax machines and e-mail in the course of the Engagement without any encryption or other special protections. In that regard, please specify an e-mail address which you would like us to use to communicate with you. Please notify me if you have any other requests or requirements in connection with the methods of telecommunication, or persons to be included or copied in the circulation of documents relating to the Engagement.

E.  **Termination of Representation**

You may terminate this representation at any time, with or without cause. We also reserve the right to withdraw at any time to the fullest extent permitted by the applicable ethical rules. Any termination of our representation of you would be subject to such approval as may be required from any court(s) in which we are appearing on your behalf. In the event of termination by either of us, fees and costs for work performed prior to termination will still be payable as provided for in this letter.



Following any termination of representation, client files will be released only following delivery to the Firm of a signed letter containing written instructions regarding where to send the file(s). You may be charged for the reasonable costs of retrieval, assembly, copying, processing, and transfer of all files or materials, including Electronically Stored Information ("ESI").

F.  Preservation of Documentation

Should a claim be received by the Company, the Company must take immediate steps to identify, preserve and collect all relevant information until the matter is completely resolved. This information includes all paper and electronic data related to the claim. Electronic data includes, but is not limited to, the following: e-mails, word processing files, pictures, databases, data files and archive files, regardless of whether the information is contained on servers, laptop and desktop computers, back-up tapes, home and personal computers, disks, CDs, zip drives and handheld devices like an iPad, BlackBerry or other Personal Digital Assistants ("PDAs"). This will likely include any and all surveillance tapes and recordings.

Once a claim is received, the Company must also immediately suspend any document retention/destruction policy and put in place a "Litigation Hold." This Litigation Hold is designed to ensure that relevant electronic evidence is preserved and not destroyed, altered, modified, disposed of, or in any way compromised. Therefore, any individuals who may have relevant information or documents related to a matter must comply with this litigation hold.

Although this may seem like an onerous task, document retention is critical for the defense of a matter and to ensure the Company complies with its legal obligation to preserve and produce relevant information. A failure to preserve documents or electronic data could have dire consequences in a matter. For example, in addition to monetary sanctions, the Company may be precluded from using certain evidence at trial or the court may allow a jury to draw negative inferences against the Company. Under a worst-case scenario, the court may award a judgment in favor of the claimant. Therefore, if you have any doubt regarding whether paper or electronic data falls within the scope of a "Litigation Hold," please do not hesitate to contact us.

G.  Conflict of Interest

Because of the size, geographical reach and broad scope of the Firm's legal practice, it is possible that attorneys in one or more of the Firm's offices or departments may now or in the future represent parties in matters in which their interests are adverse to those of you or your affiliates, or have contractual or other dealings with you. As a condition of our representation, you agree that the Firm may represent other parties in matters in which their interests are adverse to those of you or your affiliates and you may be asked to waive any conflict that would otherwise exist in such matters, provided that (i) any matter in which the Firm represents an adverse party is not substantially related to the Firm's work for you, and (ii) if appropriate, an ethical wall is created to separate the other matter from the matters the Firm is handling for you.



At all times, this paragraph will be interpreted and enforced in full compliance with Virginia law and applicable ethical provisions concerning regulation of attorneys.

H.   Potential Insurance Coverage

As employment defense counsel, the Firm cannot provide an opinion with respect to the extent or terms of your organization's coverage under any employment practices liability insurance, directors and officers or other insurance policies or programs. We urge you to review this matter with your internal counsel, insurance broker or anyone else with whom you wish to discuss the possibility of other insurance being applicable e.g., an excess liability insurance policy, homeowners or private insurance or any other form or kind of insurance including workers compensation insurance. As with any insurance policy, prompt and complete notice should be given, as required by the policy and by applicable law. Failure to do so could adversely affect the existence of or eligibility for any insurance coverage.

I.   Arbitration

Intermark Inc. and Jackson Lewis P.C. agree that any dispute between us arising out of, or relating to, this agreement, or the breach thereof, shall be resolved by binding arbitration between the parties. This includes, but it not limited to any claims regarding attorney's fees or costs under this agreement or regarding a claim of attorney malpractice, that is, whether any legal services Jackson Lewis P.C. has rendered, under this agreement or otherwise, were improperly, negligently, or incompetently rendered, or otherwise rendered in breach of a contractual or ethical duty.

> **NOTICE:** This agreement contains provisions requiring arbitration of fee disputes. Before you sign this agreement you should consider consulting with another lawyer about the advisability of making an agreement with mandatory arbitration requirements. Arbitration proceedings are ways to resolve disputes without use of the court system. By entering into agreements that require arbitration as the way to resolve fee disputes, you give up (waive) your right to go to court to resolve those disputes by a judge or jury. These are important rights that should not be given up without careful consideration.
>
> You understand and acknowledge that, by agreeing to binding arbitration, you waive and thereby eliminate the right to submit the dispute for determination by a court and thereby also waive the right to a jury trial. You understand and acknowledge that the ability to obtain information through discovery and the ability to make use of typical court



evidentiary rules will be different, and may be more limited, in an arbitration than in court. You understand that an arbitrator, rather than a judge, will be selected to decide this dispute, and that the scope of an arbitration award may be more limited than an award of damages or other relief in court. You understand that you may be required to incur costs and expenses in connection with the arbitrator's fees. You acknowledge that you have been informed that the grounds for appeal of an arbitration award are very limited compared to a court judgment or jury verdict, and that additional steps will be needed to enforce any arbitrator's award. Consequently, you should carefully consider whether arbitration is acceptable to you and should consult with independent counsel.

Arbitration shall be in accordance with the Virginia Uniform Arbitration Act. The dispute will be resolved by a single arbitrator to be selected by the parties.[1]

The arbitrator must be an attorney in good standing with the Commonwealth of Virginia. The cost of the arbitration shall be shared by the parties, but the arbitrator shall have the right to allocate costs in the final award.

\* \* \* \*

We shall assume that the foregoing is acceptable to you unless you respond, in writing, to the contrary.

Our entire billing process is explained in "A Word About Our Invoices," a copy of which is enclosed.

---

[1] *If in the opinion of any party, there arises a problem or unreasonable delay with the administration of the dispute, including but not limited to scheduling any hearing, any party upon 10 days written notice to the other, shall have the right and power to notify and engage the AAA to commence formal administration of the proceeding before the AAA in accordance with its then prevailing rules. The award rendered by the arbitrator(s) shall be final and may be confirmed in any court having jurisdiction thereof.*



If you have any question at any time regarding the scope of our representation, the handling of any matter or the content of any invoice, please contact me at once. We are pleased to be of service to you.

Very truly yours,

JACKSON LEWIS P.C.

Leslie A. Stout-Tabackman

Enclosure